**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**ARALIUS TREMAINE GANDY,**

    **Petitioner,**

v.                                       **CASE NO. 6:11-cv-1831-Orl-35DAB**

**UNITED STATES OF AMERICA,**

    **Respondent.**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On December 19, 2011, Petitioner filed a motion entitled "Motion to Moot 2255" (Doc. No. 6). The Court issued an order on December 20, 2011, requiring Petitioner to indicate whether he intended to voluntarily dismiss the instant case or whether he was attempting to file an amended § 2255 motion (Doc. No. 8). Petitioner has now filed a Motion to Dismiss (Doc. No. 9). In the motion, Petitioner states he wishes to voluntarily dismiss his motion to vacate, set aside, or correct sentence. *Id.* Thus, the Motion to Moot 2255 and Motion to Dismiss are construed as motions for voluntary dismissal and are hereby **GRANTED**. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a), it is **ORDERED**:

    1.    This case is **DISMISSED WITHOUT PREJUDICE**.

    2.    The Clerk of the Court is directed to terminate the pending motions and close this case.

3. The Clerk of the Court is further directed to terminate the pending section 2255 motions (Doc. Nos. 51 & 52) in criminal case number 6:09-cr-193-Orl-35DAB and file a certified copy of this Order in that case as well.

**DONE AND ORDERED** at Orlando, Florida, this 11th day of January, 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-3 1/11
Aralius Tremaine Gandy